650

13 So.2d 897

**J. B. ECHOLS v. STATE.**

I Div. 438.

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 184

**Ruth ELBON v. STATE.**

6 Div. 76.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

13 So.2d 897

**Ottis (alias Otis) ELLISON v. STATE.**

5 Div. 170.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 880

**Gene ELROD v. STATE.**

7 Div. 789.

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

15 So.2d 922

**Hal EUTSEY v. STATE.**

4 Div. 828.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 185

**Melinda EVANS v. STATE.**

6 Div. 14.

Court of Appeals of Alabama.
Jan. 18, 1944.

J. A. Lipscomb, of Bessemer, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.